costs are not paid in full on or before October 31, 1995, interest at the rate of ten percent per annum shall accrue on the balance of unpaid board costs, effective October 31, 1995. It is further ordered that if costs are not paid in full on or before October 31, 1995, respondent may be found in contempt and this matter referred to the Office of the Attorney General for collection.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. VII(19)(E); that publication be made as provided for in Gov.Bar R. VII(19)(F); and that respondent bear the costs of publication.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## DISCRETIONARY APPEALS ALLOWED

**95–343.** State v. DeVoise. *Montgomery County,* No. 14701. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby allows the appeal. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Montgomery County, and the parties shall brief this cause in accordance with the Rules of Practice of the Supreme Court of Ohio.

## RECONSIDERATION DOCKET

**95–343.** State v. DeVoise. *Montgomery County,* No. 14701. Reported at 72 Ohio St.3d 1519, 649 N.E.2d 278. IT IS ORDERED by the court, *sua sponte,* effective August 11, 1995, that reconsideration in this case be, and hereby is, granted.

## DISCIPLINARY DOCKET

**91–854.** Cleveland Bar Assn. v. Jurek. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Frederick K. Jurek, Attorney Registration No. 0023791, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's orders of December 31, 1991 and August 15, 1994, to wit: failure to pay board costs in full, including any accrued interest.

**93–1303.** Disciplinary Counsel v. Carpenter. It is ordered by the court, *sua sponte,* effective August 10, 1995, that James P. Carpenter, a.k.a. James Pendleton Carpenter III, Attorney Registration No. 0009769, last known address in Chillicothe, Ohio, is found in contempt for failure to comply with this court's orders of December 29, 1993, and March 24, 1994, to wit: failure to surrender his Certificate of Admission and failure to pay board costs in full within thirty days of his release from incarceration.

**93–2101.** Disciplinary Counsel v. Rubright. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Mark Timothy Rubright, Attorney Registration No. 0018870, last known address in St. Petersburg, Florida, is found in contempt for failure to comply with this court's orders of April 20, 1994 and November 8, 1994, to wit: failure to pay board costs in the amount of $564.43, failure to file an Affidavit of Compliance, and failure to surrender his Certificate of Admission.

**93–2169.** Columbus Bar Assn. v. Schafer. It is ordered by the court, *sua sponte,* effective August 10, 1995, that John Michael Schafer, Attorney Registration No. 0032985, last known address in Nantucket, Massachusetts, is found in contempt for failure to comply with this court's order of February 23, 1994, to wit: failure to surrender his Certificate of Admission and failure to file an Affidavit of Compliance.

**93–2171.** Disciplinary Counsel v. Mosely. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Freddie Melvin Mosely, Attorney Registration No. 0043053, last known address in East Cleveland, Ohio, is found in contempt for failure to comply with this court's order of June 8, 1994, to wit: failure to surrender his Certificate of Admission, failure to file an Affidavit of Compliance, and failure to pay board costs in the amount of $1,402.63.